FILED
2005 Jul-27 AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY JOINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:05-CV-1299-RDP |
| | ) | |
| JESSIE JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The magistrate judge filed a report and recommendation on July 1, 2005, recommending that this action be transferred to the United States District Court for the Southern District of Alabama. No response had been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Alabama for further proceedings.

**DONE** and **ORDERED** this ___26th___ day of July, 2005.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE